PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-70720 WJL** |
| **ANDREA CATHERINE LANCASTER,** | **Chapter 13** |
| **Debtor.** _____/ | **DECLARATION RE: FINANCIAL CONTRIBUTION** |

I, the undersigned, declare:

I am the boyfriend of the above-named debtor. I contribute to the household income & expenses of the debtor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, CA on November 8, 2011

Dated: November 8, 2011

/s/   Steve McDonald
       Steven McDonald