PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

**The following constitutes
the order of the court. Signed January 4, 2012**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-70720 WJL** |
| **ANDREA CATHERINE LANCASTER,** | **Chapter 13** |
| Debtor. | <u>**ORDER AVOIDING LIEN**</u> |

The above named debtor having filed a Motion to Avoid Lien on November 9, 2011, and there being no objections thereto and it appearing that the lien impairs debtor's exemption and good cause appearing therefor:

**IT IS ORDERED** that the default of Citibank (South Dakota) NA is entered and the lien of Citibank (South Dakota) NA which was recorded on September 16, 2011, in the Contra Costa County Recorder Office as Instrument #2011-0190618-00 is null and void.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **DEBTORS' ATTORNEYS**<br>Patrick L. Forte, Esq. |
| 3 | Anne Y. Shiau<br>One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | **CHAPTER 13 TRUSTEE**<br>Martha G. Bronitsky |
| 6 | PO Box 5004<br>Hayward, CA 94540-5004 |
| 7 | |
| 8 | US TRUSTEE<br>1301 Clay St. #690N |
| 9 | Oakland, CA 94612 |
| 10 | **CREDITORS**<br>**Attn: Officer or Managing Agent** |
| 11 | **Citibank (South Dakota) NA**<br>**C/o Hunt & Henriques** |
| 12 | **151 Bernal Road, Suite 8**<br>**San Jose, CA 95119** |
| 13 | |
| | **Attn: Officer or Managing Agent** |
| 14 | **Citibank, NA**<br>**701 East 60th Street North** |
| 15 | **Sioux Falls, SD 57104** |
| 16 | **DEBTORS**<br>Andrea Catherine Lancaster |
| 17 | 2953 Gelding Lane<br>Livermore, CA 94551 |